IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT THOMAS VASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVE CORTESE, et al.,<br><br>    Defendants. | No. C 12-0174 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by California prisoner. On January 11, 2012, the clerk sent him a notice that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The notice was mailed to the prison address where plaintiff last indicated that he was located. On January 26, 2012, the deficiency notice was returned as undeliverable. Plaintiff has not notified the clerk of any change of address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: May  1 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\VASQUEZ0174.DSM.311.wpd